UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00308-RJC-DSC

| | |
|---|---|
| LATASHA ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLINA HEALTHCARE SYSTEM, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** comes before the Court sua sponte. Plaintiff filed her Complaint, (Doc. No. 1), on June 7, 2017, and summons was returned executed on July 17, 2017, (Doc. No. 6). Defendant had until July 24, 2017, to file an Answer to Plaintiff's Complaint. The time has now expired.

On August 29, 2018, the Court issued an order informing pro se Plaintiff that it is her burden to move this case forward and directing Plaintiff that, should she wish to continue to prosecute this claim, she should file a Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure[1] within fourteen (14) days. (Doc. No. 7). The Court further warned Plaintiff that **"FAILURE TO FILE SUCH A MOTION WITHIN 14 DAYS WILL RESULT IN DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT."** (Id.). To date, Plaintiff has not filed a Motion

---

[1] "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

1

for Entry of Default, and her time to do so has long passed.

**IT IS, THEREFORE, ORDERED** that all claims against Defendant shall be **DISMISSED**. The Clerk of Court is directed to close this case.

Signed: February 5, 2019

Robert J. Conrad, Jr.
United States District Judge